MICHAEL J. HEYMAN
United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:25-cr-00029-SLG-KFR |
|---|---|
| Plaintiff, | COUNT 1:<br>ATTEMPTED DISTRIBUTION OF CONTROLLED SUBSTANCES<br>    Vio. of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 |
| vs. | |
| ANTONIO LAMARR WOODS, a/k/a "Tony Swag" | |
| Defendant. | COUNT 2:<br>POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE<br>    Vio. of 21 U.S.C. § 841(a)(1) and (b)(1)(A) |
| | COUNT 3:<br>FELON IN POSSESSION OF FIREARMS AND AMMUNITION<br>    Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| | COUNT 4:<br>POSSESSION OF FIREARMS DURING DRUG TRAFFICKING CRIME<br>    Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |

CRIMINAL FORFEITURE
ALLEGATION 1:
  21 U.S.C. § 853(a)(1) and (a)(2), 28 U.S.C. § 2461(c), and Rule 32.2(a)

CRIMINAL FORFEITURE
ALLEGATION 2:
  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a)

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 3, 2025, within the District of Alaska, the defendant, ANTONIO LAMARR WOODS, knowingly and intentionally attempted to distribute a controlled substance, 500 grams or more of a mixture and substance containing a detectible amount of cocaine.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846.

### COUNT 2

On or about April 3, 2025, within the District of Alaska, the defendant, ANTONIO LAMARR WOODS, knowingly and intentionally possessed with intent to distribute a controlled substance, 280 grams or more of a mixture and substance containing cocaine base.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

### COUNT 3

On or about April 3, 2025, within the District of Alaska, the defendant, ANTONIO LAMARR WOODS, knowing that he had previously been convicted of a crime punishable

by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, including a Kimber K6s .357 Magnum revolver and .357 Magnum ammunition.

Prior Convictions

| Conviction Date | Offense | Court | Case Number |
|---|---|---|---|
| October 22, 2018 | Attempted Misconduct Involving a Controlled Substance in the Second Degree | Alaska Superior Court | 3AN-17-01114CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

COUNT 4

On or about April 3, 2025, within the District of Alaska, the defendant, ANTONIO LAMARR WOODS, knowingly possessed a firearm in furtherance of the drug trafficking crime charged in Count 2 of this Indictment.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. §§ 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, ANTONIO LAMARR WOODS, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of,

the offense, including, but not limited to, a forfeiture money judgment equal to the value of the property, including:

- Approximately $4,588 in U.S. currency;
- Approximately $52,950 in U.S. currency;
- A Kimber K6s .357 Magnum revolver, serial number RV037468; and
- Associated ammunition.

All pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 3 and 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(c) set forth in Counts 3 and 4 of this Indictment, the defendant, ANTONIO LAMARR WOODS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in and involved in knowing violation of the offense, including but not limited to:

- A Kimber K6s .357 Magnum revolver, serial number RV037468; and
- Associated ammunition.

//
//

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a).

A TRUE BILL.

                                              s/ Grand Jury Foreperson
                                              GRAND JURY FOREPERSON

s/ James Klugman
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: April 15, 2025